# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - CHANGE OF PLEA

| Case No.: | 2:25-cr-00539-AB | Date: | September 17, 2025 |
|---|---|---|---|

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

Interpreter   None

| Evelyn Chun | Miriam Veliz-Baird | Nicholas Gray Purcell |
|---|---|---|
| *Deputy Clerk* | *Court Reporter*<br>*Via Zoom* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Kade Byrand | √ | | √ | Mark Werksman, Rtnd. | √ | | √ |

**Proceedings:   CHANGE OF PLEA (Held and Completed)**

The matter is called, and counsel make their appearances.

Defendant moves to change plea to the Single Count Information.

Defendant now enters a new and different plea of Guilty to Single Count Information.

The Court questions the defendant regarding plea of Guilty and finds it knowledgeable and voluntary and orders the plea accepted and entered.

The Court refers the defendant to the Probation Office for investigation and report and continues the matter to January 30, 2026, at 1:30 p.m., for sentencing.

The Court vacates the Jury Trial date and Status Conference date, as to this defendant only.

The Court orders this matter referred to the U.S. Probation Office for a presentence investigation and preparation of a presentence report.  The report is to be disclosed to the defendant thirty-five (35) days prior to sentencing unless the minimum period is waived.

Bond is to remain under same conditions.

cc:    USPO, PSA

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - CHANGE OF PLEA**

|                              |       | : | 27 |
| ---------------------------- | ----- | - | -- |
| Initials of Deputy Clerk     | EVC   |   |    |